# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143508

OAKLAND COUNTY PROSECUTORS
OFFICE,
          Plaintiff-Appellee,

v                                                          SC: 143508
                                                           COA: 296743
                                                           Oakland CC: 2010-107303-AW

MARY BARR,
          Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the June 23, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011                    _____

d1017                                              Clerk